

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT
No. 04-20-00018-CV

**DICEX INTERNATIONAL, INC.,**
Appellant

v.

**AMIGO STAFFING, INC.,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2020CVK000091-D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of appeal are assessed against Dicex International, Inc. *See* TEX. R. APP. P. 43.4 ("The court of appeals' judgment should award to the prevailing party costs incurred by that party related to the appeal, including filing fees in the court of appeals and costs for preparation of the record.").

SIGNED March 24, 2021.

_____
Lori I. Valenzuela, Justice